# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hellerstein, Alvin K. | U.S. District Court - NY-South | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street - Room 1050
New York, New York 10007

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | synagogue |
| 2. | Advisory Board Member | Rand Corporation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/96 | Stroock & Stroock & Lavan LLP, former law firm (Pension Plan for retired partners)(No Control) |
| 2. | 1/1/89 | Stroock & Stroock & Lavan Retirement Plan (management of firm's IRA and 401K plans)(No Control) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Pension from former law firm, Stroock & Stroock & Lavan, LLP | $466,382.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hellerstein, Alvin K.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York City Condominium | F | Rent | P1 | W | | | | | |
| 2. J P Morgan/Chase | A | Interest | N | T | | | | | |
| 3. Franklin Templeton Mut. Qual. Fund (IRA) (see Footnote 1) | D | Dividend | M | T | | | | | |
| 4. Stroock & Stroock & Lavan Retirement Plan (see footnotes 2) | | | | | | | | | |
| 5. - Macquarie Investment | E | Interest | O | T | Redeemed (part) | 02/26/20 | K | | Trfr to Dreyfus, Line 12 |
| 6. - Atlanta Capital Management | A | Dividend | | | Redeemed | 02/26/20 | J | | Trfr to Dreyfus, Line 12 |
| 7. - Black Rock Russell 1000 | G | Dividend | O | T | | | | | |
| 8. - Tocqueville Asset Mgmt. | A | Dividend | | | Closed | 02/26/20 | O | | Tfr to Line 9, Tocqueville |
| 9. - Tocqueville Int'l Value | F | Dividend | O | T | Buy | 02/26/20 | O | | Roll-over |
| 10. - Cramer Rosenthal McGlynn | E | Dividend | M | T | | | | | |
| 11. - Nuveen Asset Mgmt. | A | Dividend | O | T | | | | | |
| 12. - Dreyfus U.S. Gov't Cash Management (see Footnote 4) | A | Interest | N | T | Buy | 02/26/20 | N | | Roll-over |
| 13. Regeneron Pharmaceutical | | None | M | T | Donated (part) | 12/09/20 | K | | |
| 14. Aerie Pharm. Inc. Com. | | None | J | T | | | | | |
| 15. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 16. Northwestern Mutual (Life Ins.) (See Footnote 3) | | None | L | U | | | | | |
| 17. I Shares TR MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hellerstein, Alvin K.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. I Shares Russell 1000 Value Fd. | C | Dividend | M | T | | | | | |
| 19. I Shares Russell 1000 Growth Fd. | B | Dividend | M | T | Donated<br>(part) | 12/09/20 | K | | |
| 20. I Shares Russell 2000 Value Fd. | A | Dividend | J | T | | | | | |
| 21. I Shares Russell 2000 Growth Fd. | A | Dividend | K | T | | | | | |
| 22. I Shares Russell Midcap Growth Index Fd. | A | Dividend | K | T | | | | | |
| 23. I Shares Russell Midcap Value | A | Dividend | L | T | | | | | |
| 24. I Shares MSCI Japan ETF | B | Dividend | L | T | | | | | |
| 25. Energy Sel. Sect. SPDR | B | Dividend | K | T | | | | | |
| 26. SPDR Euro Stoxx 50 ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hellerstein, Alvin K.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnote 1 -- The investment is an IRA, over which I have no control, except for withdrawals. Dividends, including long and short term gains, did not give rise to taxable income and were reinvested. Results of investments, inclusive of realized and unrealized gains and losses and dividends and distributions, are reported to me quarterly and for year end.

On January 16, 2020, I redeemed ("J") and, under the CARES Act, recontributed the same funds on August 11, 2020. No gain or loss was recognized.

Footnote 2 -- The investment is an IRA, composed of managed investment companies disclosed in Lines 5 - 12 over which I have no control, except for withdrawals and transfers to and from other managed funds. The Trustee does not sub-categorize gains and losses into dividends or short or long term gains or losses (see next paragraph).

One America Retirement Services, LLC, Adminstrator of the SSL Retirement Trust for Partners, and quarterly reports they provide, are the sources of the information provided in Part VII, Lines 5-12 I am one of the beneficiaries of the Trust. One America advises that dividends received by the managed funds are not ascertainable. One America states it administers five Stroock retirement plans, that money is co-mingled for all invested in the portfolio, that dividends and gains and losses are cumulated and are not posted at the participant level, and that "there is no way... to calculate [my] portion" of dividends. My percentage of the whole is reported as a net total amount, for each managed fund and as a total for all managed funds, inclusive of all realizations by each managed fund for all securities managed by that fund. The Stroock & Stroock & Lavan accounting department advises that they have no further information.

Footnote 3 -- Cash value and dividends are applied to premiums, contributing to premiums payable on second to die life insurance. Hence, the policy does not pay dividends.

Footnote 4 --On February 26, 2020, I redeemed ("N"), made up: from Dreyfus ("M"), Macquarie ("K") and Atlanta ("J"). On April 4, 2020, under the CARES Act, I recontributed the total amount of the redemption to Dreyfus ("N") as roll-overs. Since the amounts redeemed were recontributed, no gain or loss was realized..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Alvin K. Hellerstein

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544